No. 25-14302-P

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

---

FRANK A. WALLS,

Plaintiff-Appellant,

v.

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants-Appellees.

---

On Appeal from the United States District
Court for the Northern District of Florida

---

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE

---

**\*\*\* EXECUTION SCHEDULED FOR DECEMBER 18, 2025, 6:00 P.M. \*\*\***

Linda McDermott
   Chief, Capital Habeas Unit
Sean Gunn
Michelle Ward
Bailey Ellicott
Federal Public Defender
Northern District of Florida
227 N. Bronough St., Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818
sean_gunn@fd.org

*Counsel for Plaintiff-Appellant*

*Walls v. Secretary, Florida Department of Corrections, et al.*    No. 25-14302-P

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

**Interested Persons:**

Barron, Robert (Circuit Judge for Okaloosa County)

Ellicott, Bailey (Counsel for Plaintiff-Appellant)

Fontán, Julissa (State-Court Counsel for Plaintiff-Appellant)

Grinstead, Albert (Assistant State Attorney)

Gunn, Sean (Counsel for Plaintiff-Appellant)

LoBianco, Jack (State-Court Counsel for Plaintiff-Appellant)

Loveless, Earl (Trial Counsel)

McDermott, Linda (Chief of Federal Public Defender CHU)

Millsaps, Charmaine (Assistant Attorney General)

Molchan, John (Assistant State Attorney)

Moody, Ashley (Florida Attorney General)

Montango, Megan (State-Court Counsel for Plaintiff-Appellant)

Nowalk, Hannah (Assistant State Attorney)

Peterson, Ann (Victim)

Pinkard, Eric (Capital Collateral Regional Counsel – Middle)

Rodgers, M.C. (Federal District Judge)

Stone, William (Circuit Judge for Okaloosa County)

C-1

Walker, Mark (Federal District Judge)

Walls, Frank (Plaintiff-Appellant)

Ward, Michelle (Counsel for Plaintiff-Appellant)

**Corporate Disclosure:** N/A

Respectfully submitted,

/s/ Linda McDermott
LINDA MCDERMOTT
   Chief, Capital Habeas Unit

/s/ Sean Gunn
SEAN GUNN

MICHELLE WARD
BAILEY ELLICOTT
Federal Public Defender
Northern District of Florida
227 N. Bronough St., Suite 4200
Tallahassee, FL 32301-1300
(850) 942-8818
sean_gunn@fd.org

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

On December 10, 2025, this document was served electronically through the CM/ECF filing system.

/s/ Sean Gunn
SEAN GUNN